UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ST. PAUL PAINTING INDUSTRY HEALTH & WELFARE FUND, ST. PAUL PAINTING INDUSTRY PENSION FUND, ST. PAUL PAINTING INDUSTRY VACATION FUND,

Plaintiffs,

and

MINNEAPOLIS PAINTING INDUSTRY HEALTH & WELFARE FUND, MINNEAPOLIS LOCAL 386 DRYWALL FINISHING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY VACATION AND HOLIDAY FUND, MINNESOTA PUBLIC RELATIONS AND APPRENTICESHIP TRAINING FUND,

Plaintiffs,

vs.

COMMERCIAL APPLICATORS, INC.,

Defendant.

Civil File No.01-1993

JMR/FLN

ORDER

The above-named parties, through and by their respective attorneys agree and stipulate to the extension of the Rule 26(f) discovery deadline of August 1, 2002 to the new deadline of August 20, 2002 and the extension of the non-dispositive motion service deadline of September 1, 2002 to the new deadline of September 20, 2002.

IT IS SO ORDERED.

Dated: 9/6, 2002

FRANKLIN L. NOEL
[redacted] Magistrate Judge

AGREED TO AND STIPULATED TO FOR IMMEDIATE ENTRY.

Anthony D. Spector,
Attorney for Plaintiff's

Vincent F. Waters,
Attorney for Defendant's

FILED 9-9-02
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______