UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

ST. PAUL PAINTING INDUSTRY HEALTH & WELFARE FUND, ST. PAUL PAINTING INDUSTRY PENSION FUND, ST. PAUL PAINTING INDUSTRY VACATION FUND,

Plaintiffs,

and

MINNEAPOLIS PAINTING INDUSTRY HEALTH & WELFARE FUND, MINNEAPOLIS LOCAL 386 DRYWALL FINISHING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY VACATION AND HOLIDAY FUND, MINNESOTA PUBLIC RELATIONS AND APPRENTICESHIP TRAINING FUND,

Plaintiffs,

vs.

COMMERCIAL APPLICATORS, INC.,

Defendant.

Civil File No. 01-1993 JMR/FLN

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Pursuant to Fed.R.Civ.P. 41(a), the Plaintiffs and the Defendant in the above-captioned matter, by and through their respective counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice.

FILED
RICHARD D. SLETTEN, CLERK
NOV 6 2002
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

Date: September 13, 2002

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By ______________________
Anthony D. Spector
Atty. Reg. No. 316283
800 Nicollet Mall, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 338-2525

Attorneys for Plaintiffs

Dated: 9/25/2002

By ______________________
Vincent F. Waters
Atty. Reg. No. 225964
400 Executive Office Center
2785 White Bear Avenue
Maplewood, Minnesota 55109
Telephone: (612) 418-0555

Telephone: (202) 887-4000

Attorney for Defendant

**ORDER**

Pursuant to the Stipulation of the parties, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date: November 5, 2002

The Honorable James M Rosenbaum
Judge of District Court